February 19, 2010

Mr. James B. Pinson
Assistant City Attorney
1500 Marilla Street
7BN Dallas City Hall
Dallas, TX 75201
Mr. James C. Ho
Solicitor General of Texas
P.O. Box 12548 (MC 059)
Austin, TX 78711-2548

RE: Case Number: 07-0931
 Court of Appeals Number: 07-06-00161-CV
 Trial Court Number: GV202953

Style: CITY OF DALLAS
 v.
 GREG ABBOTT, ATTORNEY GENERAL OF TEXAS

Dear Counsel:

 Today the Supreme Court of Texas issued an opinion in the above-
referenced cause. You may obtain a copy of the opinion at:
http://www.supreme.courts.state.tx.us/historical/recent.asp. If you would
like the opinion by email, please contact Claudia Jenks at
claudia.jenks@courts.state.tx.us or call (512)463-1312 ext. 41367.
(Justice Willett not sitting)

 Sincerely,
 [pic]

 Blake A. Hawthorne, Clerk

 by Claudia Jenks, Chief Deputy Clerk
Enclosure
|cc:|Ms. Peggy Culp |
| |Ms. Amalia Rodriguez |
| |Mendoza |
| |Mr. Clay T. Grover |
| |Mr. Quincy Quinlan |
| |Mr. Paul C. Watler |
| |Mr. Christopher D. |
| |Kratovil |